**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

IDS Bond Fund, Inc., et. al.,
Plaintiffs,

v. Civil No. 99-116 (MJD/JGL)

Gleacher NatWest, Inc., et. al.,

Defendant.

---

IDS Life Series Fund, Inc., et. al.,
Plaintiffs,

v. Civil No. 01-384 (DSD/JMM)

Gleacher NatWest, Inc., et. al.,

Defendants.

---

Case number 99-116 having been assigned to Judge Michael J. Davis and case number 01-384 having later been assigned to Senior Judge David S. Doty, and said matters being related cases,

IT IS HEREBY ORDERED that case number 01-384 be assigned to Judge Michael J. Davis, nunc pro tunc, by use of a card on the securities list of the automated case assignment system, and the Clerk of Court is directed to void and reuse cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: 3-6-01

JUDGE MICHAEL J. DAVIS
United States District Court

Dated: 3/6/01

SENIOR JUDGE DAVID S. DOTY
United States District Court

(2)

FILED 3-8-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

F I L E   C O P Y

Date: March 8, 2001 jr

---

R E C O R D   O F   D O C K E T   T E X T

---

0:01-cv-00384 IDS Life Series Fund v. Gleacher NatWest Inc

------------
DOCKET ENTRY
------------

ORDER (Judge Michael J. Davis / 3/6/01) (Judge David S. Doty / 3/6/01) assigning related case from Judge David S. Doty to Judge Michael J. Davis per the securities list. Case referred to Magistrate Judge Jonathan G. Lebedoff. (related case 99-116 MJD/JGL) (this case nubmer remains the same except for initials 01-384 MJD/JGL) (c: attys.) 1pg

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL