137772

# UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-384 MJD/JGL Case Title: IDS Life Series Fund, et al. v. Gleacher NatWest, Inc., et al.

**Affidavit of Movant**

I, David M. Reza, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael Tomaino, an attorney admitted to practice in the Southern District of N.Y., but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (✓)defendant McDonald Investments, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] Signature — 0287817 MN Attorney License # — 5-30-01 Date

**Affidavit of Proposed Admittee**

I, Michael Tomaino, Jr., am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Michael Tomaino, Jr. Type/Print Name — [signature] Signature — 5/21/01 Date

Attorney License Number: MT-6200

Law Firm Name & Address: Sullivan & Cromwell
125 Broad St.
New York, NY 10004

Telephone: (212) 558-4715

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

JUN 01 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

JUN 01 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK