137772

# UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-384 (MJD/JGL) **Case Title:** IDS Life Series Fund, Inc. et al. v. Gleacher Natwest, Inc. et al.

**Affidavit of Movant**

I, David M. Reizes, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Jacqueline E. Bryks, an attorney admitted to practice in the Southern District of New York, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant McDonald Investments, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

[signature] 0287817 5/23/01
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, Jacqueline E. Bryks am currently a member in good standing of the U.S. District Court for the Southern District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Jacqueline E. Bryks [signature] May 25, 2001
Type/Print Name Signature Date

Attorney License Number: JB 4849

Law Firm Name & Address:

Telephone: ( )

Motion Granted: [signature] JUN 01 2001
For the Court: Francis E. Dosal, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUN 0 1 2001 P9
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK